In re SILENT WRITING MACH. CO. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) In the mat-

ter of the election of directors of the Silent Writing Machine Company. No opinion. Order affirmed, with costs.